# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| LUCINTO FUENTES | ) | 25-mj-27 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 2, 2025  in the parish of  Orleans  in the
Eastern District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 922(g)(5) | Illegal alien in possession of a firearm |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Connor Brown
*Complainant's signature*

Connor Brown, Special Agent, HSI
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 6th day of March, 2025 in New Orleans, Louisiana.

Date: March 6, 2025

*Judge's signature*

City and state: New Orleans, Louisiana

Hon. Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-mj-27 |
| v. | * | SECTION: MAG |
| LUCINTO FUENTES | * | **FILED UNDER SEAL** |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Connor Brown, hereafter referred to as your affiant, being duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement, Homeland Security Investigations (HSI), assigned to the Office of the Special Agent in Charge (SAC) New Orleans, Louisiana. I have been employed as a SA with HSI since July of 2023. I subsequently attended the Criminal Investigator Training Program (CITP) and Homeland Security Investigation Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) where I was trained to conduct investigations regarding the violation of federal statutes including violations of immigration and firearms statutes. Prior to my employment with HSI New Orleans as a SA,

2. I worked for Prattville Police Department in Alabama. I worked as a patrol officer for three years and as a criminal investigator for two years. I am currently assigned to the SAC New Orleans Financial group.

3. This affidavit is made in support of a criminal complaint to arrest **LUCITO FUENTES (DOB:05/08/2003)** of New Orleans, Louisiana for violations of Title 18, United States Code, Sections 922(g)(1) (felon in possession of firearm) and 922(g)(5) (illegal alien in possession of firearm). The statements contained in this affidavit are based on information obtained through the course of the investigation, and on my experience and background as a Special Agent with HSI, as well as information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are sufficient to establish probable cause for issuance of the warrant.

## DETAILS OF INVESTIGATION

4. On March 5, 2025, HSI New Orleans received information that **Lucito FUENTES**, a Belizean national, was illegally in possession of a firearm. Special Agents Connor Brown and Robert Reid obtained LSP arrest report and Probable Cause affidavit which details the encounter and arrest of FUENTES.

5. On March 2, 2025, LSP Troopers were proactively patrolling the 700 block of Canal Street. At this time the Bacchus Mardi Gras Parade was actively traveling on Canal Street. High school marching bands were marching in the parade.

6. Law enforcement officers observed **FUENTES** walking through the crowd and **FUENTES** gripping what he recognized from his training and experience to be the handle

of a black pistol with his left hand. Troopers saw the pistol was partially concealed in his waistband with the magazine plate visible.

7. LSP Troopers approached **FUENTES** and observed him walking through the crowd while clutching his waist band. LSP Troopers conducted a frisk of **FUENTES** for officer safety and recovered a Taurus 9mm handgun (S/N: TIX39211) which was tucked in the front of **FUENTES'S** waist band. The handgun was loaded with a round in the chamber.

8. A computer inquiry revealed that **FUENTES** was previously convicted of a felony in St. John the Baptist Parish in 2023 for Simple Burglary (LSA R.S. 14:62), which carries a punishment of more than one year.

9. **FUENTES** was advised of his Miranda Rights. LSP Troopers interviewed **FUENTES** about his possession of a firearm. **FUENTES** said he was aware that he had a felony conviction and that he is not allowed to possess a firearm.

10. Further record checks indicated that **FUENTES** is a Belizean National illegally present in the United States without the approval or consent from the Attorney General of the United States.

## CONCLUSION

11. Based on the above information, your affiant respectfully submits that there is probable cause to issue an arrest warrant charging **Lucito FUENTES** with Felon in Possession of a Firearm and Illegal Alien in Possession of a Firearm violations of Title 18, United States Code, Sections 922(g)(1) and 922(g)(5).

Respectfully submitted,

*/s/ Connor Brown*
Connor Brown
Special Agent
Badge No. 10596
Homeland Security Investigations

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 6th day of March, 2025 in New Orleans, Louisiana.

HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE